# EXHIBIT A

ELECTRONICALLY FILED - 2020 Oct 28 11:08 AM - YORK - COMMON PLEAS - CASE#2020CP4603241

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF YORK | Case No.: 2020-CP-46- |

Daniel Edward Butler,

                                        Plaintiff,                    **SUMMONS**

vs.                                                             **(Jury Trial Requested)**

Korey Scott Haney, Reinhart Food Service,
LLC and Reinhart Transportation, LLC,

                                        Defendants.

TO THE DEFENDANTS ABOVE NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Complaint herein, a copy of which is herewith served upon you, or otherwise appear and defend, and to serve a copy of your Answer to said Complaint upon the subscriber at his office, 5 Law Range, Post Office Box 1268, Sumter, South Carolina, 29151-1268, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the Complaint within the time aforesaid, or otherwise appear and defend, the Plaintiff in this action will apply to the Court for the relief demanded therein, and judgment by default will be rendered against you for the relief demanded in the Complaint.

JONES SETH & JONES, *L.L.P*

s/ Richard C. Jones
Richard C. Jones, Bar No. 3206
5 Law Range -- P. O. Box 1268
Sumter, South Carolina 29151-1268
(803) 773-8676
Attorney for Plaintiff
richardcjones@jonesethjones.com

October 28, 2020

ELECTRONICALLY FILED - 2020 Oct 28 11:08 AM - YORK - COMMON PLEAS - CASE#2020CP4603241

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF YORK | Case No.: 2020-CP-46- |

Daniel Edward Butler,

                              Plaintiff,

vs.

Korey Scott Haney, Reinhart Food Service,
LLC and Reinhart Transportation, LLC,

                              Defendants.

**COMPLAINT**

**(Jury Trial Requested)**

The Plaintiff alleges the following:

1.     Plaintiff (hereinafter "Butler") is a resident of the County of Richland, the State of South Carolina.

2.     The Defendant, Korey Scott Haney (hereinafter "Haney"), upon information and belief, is a resident of Burlington, North Carolina.

3.     The Defendants, Reinhart Food Service, LLC (hereinafter "Reinhart Food Service") and Reinhart Transportation, LLC (hereinafter "Reinhart Transportation"), upon information and belief, are corporations existing under the laws of the State of Nebraska, with their principle place of business in Rosemont, Illinois.

4.     Reinhart Transportation is owned by and/or controlled by and serves as an agent of Reinhart Food Service.   At the time of the accident which is the subject of this lawsuit, Haney was an agent and/or employee of Reinhart Food Service and/or Reinhart Transportation.   Haney was driving a vehicle owed by Reinhart

ELECTRONICALLY FILED - 2020 Oct 28 11:08 AM - YORK - COMMON PLEAS - CASE#2020CP4603241

Transportation in the course of business as an employee of Reinhart Food Service and/or Reinhart Transportation.

5.    The most substantial part of the alleged act or omission giving rise to the cause of action which is the subject of this law suit occurred in the City of Rock Hill, the County of York, South Carolina thus establishing York as the venue for the trial of this case pursuant to South Carolina Code §15-7-30 of the South Carolina Code of Laws.

6.    On or about January 9, 2019, at approximately 9:48 a.m., Haney was traveling north in an eighteen-wheel tractor-trailer truck on Constitution Boulevard in Rock Hill, South Carolina.   At the intersection of Westerwood Drive and Constitution Boulevard, Haney disregarded a traffic signal and crashed into Butler's vehicle.

7.    Haney, both individually and as an employee and agent of Reinhart Food Service and/or Reinhart Transportation, had a duty to operate, use and/or drive the vehicle he was driving at the time of the accident which is the subject of this lawsuit in a reasonably safe manner, and Butler would show that Haney breached his duty to operate the said vehicle in a reasonably safe manner in the following particulars:

a.    In failing to maintain a proper lookout for other vehicles on the highway;

b.    In failing to keep his vehicle under proper control;

c.    In failing to have adequate brakes; and, in having same, in failing to use them to avoid the collision;

d.    In running into, with sufficient force and impact, to cause the injuries complained of;

2

ELECTRONICALLY FILED - 2020 Oct 28 11:08 AM - YORK - COMMON PLEAS - CASE#2020CP4603241

e.    In operating the vehicle at a speed too great for the circumstances then and there existing, without having due regard for the condition of the roadway, traffic and the weather;

f.    In failing to take any evasive action, by any means, to keep from striking Butler's vehicle;

g.    In failing to properly observe the road and traffic conditions;

h.    In failing to exercise that degree of care which a reasonable and prudent person would have exercised under the same or similar conditions;

i.    In operating a motor vehicle with reckless disregard for the rights and safety of others and specifically the rights and safety of Butler;

j.    In failing to yield the right of way to Butler's vehicle;

k.    In failing to obey traffic signals;

8.    As a result of the breach of Haney's duty to operate the vehicle in a reasonably safe manner, the conduct of Haney set forth above was and is the proximate cause of Butler's severe and permanent injuries, resulting in injuries and damages including past, present and future pain, medical expenses, suffering, mental anguish and problems, disfigurement, disability, impairments which affect his enjoyment of life.

### AS A SECOND CAUSE OF ACTION
### [Negligent Entrustment]

9.    Butler reiterates each and every allegation set forth in the above paragraphs and incorporates them herein by reference to make them a part and portion of this Second Cause of Action.

ELECTRONICALLY FILED - 2020 Oct 28 11:08 AM - YORK - COMMON PLEAS - CASE#2020CP4603241

10. Reinhart Food Service and/or Reinhart Transportation entrusted the use of their vehicle involved in this accident to Haney who was incompetent, unfit, inexperienced and/or reckless.

11. Reinhart Food Service and/or Reinhart Transportation either knew of should have known of Haney's condition and/or proclivities.

12. Reinhart Food Service and/or Reinhart Transportation entrusted their vehicle, a dangerous instrumentality, to Haney.

13. The entrustment of Reinhart Food Service and/or Reinhart Transportation of its vehicle to Haney created an appreciable risk of harm to others and specifically Butler, including injury and a relational duty on the part of the entrustors.

14. Butler has suffered injury that is and was proximately caused by the negligence of the entrustors, Reinhart Food Service and Reinhart Transportation, and the entrustee, Haney.

15. As a direct result of the negligence, gross negligence, carelessness, recklessness, willful and wanton acts and/or omissions the Defendants, as aforesaid, Butler has suffered actual, consequential, general, and special damages past, present and future, disfigurement, pain and suffering both physical and mental, and is entitled to actual and punitive damages.

THEREFORE, Plaintiff requests judgment against Defendants for the following:

1. For actual, compensatory, consequential, special, general. past, present and future, pain and suffering, both physical and mental, disfigurement and punitive damages;

2. Costs of this action; and

3. Such other and further relief as the Court deems just and proper.

4

ELECTRONICALLY FILED - 2020 Oct 28 11:08 AM - YORK - COMMON PLEAS - CASE#2020CP4603241

JONES SETH & JONES, *L.L.P*


_____s/ Richard C. Jones_____
Richard C. Jones, Bar No. 3206
5 Law Range -- P. O. Box 1268
Sumter, South Carolina 29151-1268
(803) 773-8676
Attorney for Plaintiff
richardcjones@jonesethjones.com

October 28, 2020

STATE OF SOUTH CAROLINA

COUNTY OF YORK

IN THE COURT OF COMMON PLEAS

Case No.: 2020-CP-46-03241

Daniel Edward Butler,

Plaintiff,

vs.

Korey Scott Haney, Reinhart Food Service, LLC and Reinhart Transportation, LLC,

Defendants.

**CERTIFICATE OF SERVICE**

The undersigned employee of Jones Seth & Jones, LLP does hereby certify that service of the Summons and Complaint in the above-captioned matter was made upon Defendant, Reinhart Food Service, LLC on November 2, 2020, through its agent for service of process at the following address:

National Registered Agents, Inc.
5601 S. 59th Street
Lincoln, NE 68516

A copy of the return receipt is attached hereto and incorporated herein by reference.

Mary L. Burress

SWORN to before me this
10th day of November, 2020.

L.S.

Notary Public for South Carolina
My Commission Expires: 1/20/21

ELECTRONICALLY FILED - 2020 Nov 10 8:54 AM - YORK - COMMON PLEAS - CASE#2020CP4603241

ELECTRONICALLY FILED - 2020 Nov 10 8:54 AM - YORK - COMMON PLEAS - CASE#2020CP4603241

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Registered Agents, Inc.
5601 S. 59th St.
Lincoln, NE 68516

9590 9402 3953 8060 0098 05

2. Article Number (Transfer from service label)

7020 0640 0000 7332 1588

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Holbrook_   ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

ELECTRONICALLY FILED - 2020 Nov 10 8:54 AM - YORK - COMMON PLEAS - CASE#2020CP4603241

STATE OF SOUTH CAROLINA

COUNTY OF YORK

IN THE COURT OF COMMON PLEAS

Case No.: 2020-CP-46-03241

Daniel Edward Butler,

                                        Plaintiff,

vs.

Korey Scott Haney, Reinhart Food Service,
LLC and Reinhart Transportation, LLC,

                                        Defendants.

**CERTIFICATE OF SERVICE**

The undersigned employee of Jones Seth & Jones, LLP does hereby certify that service of the Summons and Complaint in the above-captioned matter was made upon Defendant, Reinhart Transportation, LLC on November 2, 2020, through its agent for service of process at the following address:

National Registered Agents, Inc.
5601 S. 59th Street
Lincoln, NE 68516

A copy of the return receipt is attached hereto and incorporated herein by reference.

Mary L. Burress

SWORN to before me this
10th day of November, 2020.

_____ L.S.
Notary Public for South Carolina
My Commission Expires: 1/20/21

ELECTRONICALLY FILED - 2020 Nov 10 8:54 AM - YORK - COMMON PLEAS - CASE#2020CP4603241

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Registered Agents, Inc.
5601 S. 59th St.
Lincoln, NE 68516

9590 9402 3953 8060 0097 99

2. Article Number (Transfer from service label)

7020 0640 0000 7332 1595

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   red Mail Restricted Delivery
   r $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt